Pete Russell #999443
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

July 11, 2020

United States Courts
Southern District of Texas
FILED
JUL 17 2020
David J. Bradley, Clerk of Court

Civil Action
No. 4:13-CV-3636

To The Honorable Judge,

Your Honor,

I am writing this letter to bring to your attention that I have a 'Conflict of Intrest' with my current counsel, Mr. Winston Cochran.

I have asked Mr. Cochran to withdraw from my case several times, at visit and over the phone. I continue to express these feelings to Mr. Cochran.

Mr. Cochran came to visit me after my Federal writ was denied. He asked me, did I want new attorneys on my case. I told him yes, and I provided him with a list of capital Habeas attorneys. He did not reach out

to any of these organazations.

One of the organazations is the Philadelphia Capital Habeas Unit. I wrote them and explain to them my situation. They are interested in my case.

I lack faith in Mr. Cochran at this critical stage of my appeal. Mr. Cochran has committed acts against my intrest which has resulted in an irreversible conflict of intrest.

Your Honor, lastly I so humbly request the appointment of the Philadelphia Capital Habeas Unit.

Thank you for your time and consideration

Respectfully Submitted
Pete Russell Jr.

Dale Russell #00014443
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Legal Mail

CLERK
United States District Court
Southern District of Texas
P.O. Box 61010
Houston Texas 77208

77208-101010

United States Courts
Southern District of Texas
FILED
JUL 17 2020
David J. Bradley, Clerk of Court

